**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

November 12, 2015

Hon. Victoria Guerra
Law Office of Victoria Guerra
3219 N. McColl Blvd.
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Michael W. Morris
Assistant Criminal District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Ricardo Rodriguez Jr.
District Attorney
100 N. Closner, 3rd Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00288-CR
Tr.Ct.No.  CR-3054-14-D
Style:     The State of Texas v. Reinaldo Sanchez

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Tuesday, November 17, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch